USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/09

# Davidson Law Firm, Ltd.

ATTORNEYS AND COUNSELORS AT LAW

CHARLES DARWIN "SKIP" DAVIDSON, J.D.
STEPHEN L. GERSHNER, J.D.
DARWIN DAVIDSON, J.D., L.L.M.
MATTHEW D. WELLS, J.D.
J. PAUL DAVIDSON, J.D.
ROBERT E. FAHR, JR., J.D.

724 GARLAND STREET
CANTRELL AT STATE
P.O. BOX 1300
LITTLE ROCK, ARKANSAS 72203
(501) 374-5917 TELEFAX
(800) DLF-WINN
(501) 320-5132

1422 Caldwell
Conway, AR 72032
(501) 329-0666

385 Belvedere
Hot Springs, AR 71901
(501) 620-4242

KIM BENNEFELD, OFFICE ADMINISTRATOR
WRITER'S E-MAIL ADDRESS:
mattheww@dlf-ar.com

*Please direct correspondence to the Little Rock office*

November 3, 2009

*Via Telefax to (212) 805-6326*
**Honorable Judge Colleen McMahon**
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

RECEIVED
CHAMBERS OF
COLLEEN McMAHON

RE: *Consolidation of two appeals from In re: Chrysler, LLC*
    *U.S.D.C. – SDNY Case Nos. 09-cv-08887-NRB & 09-cv-08875-CM*

---

Dear Judge McMahon,

I am writing in regards to the two cases identified above, both appeals from the United States Bankruptcy Court for the Southern District of New York.

I spoke with Judge Buchwald's law clerk who informed me that Judge Buchwald's office had been in contact with your office about consolidation of the above cases. He informed me that the two cases above were being consolidated into your Court under case no. 09-cv-08875, as the lower case number; we were instructed to abide by your previously issued briefing schedule.

Pursuant to local rules, it appears that your office would actually enter the Order consolidating Crain CDJ, LLC's appeal into the case pending before you. While I trust Judge Buchwald's law clerk, who has been very helpful in this case, I would be remiss to rely upon his oral communications without a formal order consolidating these appeals and directing my client to brief according to your schedule.

If the Court intends to consolidate these two appeals, we would respectfully request a

---

11/4/09

*Look, can't you just do what you have been told to do? I can't enter the order until the case is transferred.* CM

formal docket entry or order confirming the same.

The Court's many courtesies in this matter are appreciated. If there is anything my office can do to be of assistance, please feel free to have someone contact us. As always, you have my personal regards.

Sincerely yours,

Matthew D. Wells, Esq.
*Davidson Law Firm, Ltd.*

MDW/srm

cc via telefax to:
Honorable Judge Naomi Reice Buchwald, U.S. District Judge
Paul Norman, Esq.

cc via e-mail to:
Corrine Ball, Esq.
Veerle Roovers, Esq.
Robert Cultice, Esq.
Mark Clouartre, Esq.
Kevyn Orr, Esq.
Jeffrey Jones, Esq.
Jeffrey Ellman, Esq.